UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| SFA SYSTEMS, LLC | |
| v. | 6:08-CV-142-LED |
| NETSUITE, INC. et al. | JURY |

## **STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

The defendant, NETSUITE INC. and plaintiff SFA Systems, LLC, pursuant to Fed. R. Civ. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action WITH PREJUDICE, subject to the terms of the settlement agreement dated October 8, 2008, with each party to bear its own costs, expenses and attorneys fees.

October 23, 2008

Respectfully submitted:

SFA SYSTEMS, LLC

NETSUITE INC.

/s/ *John J. Edmonds*
Andrew W. Spangler - LEAD COUNSEL
Spangler Law P.C.
208 N. Green Street, Suite 300
Longview, Texas 75601
(903) 753-9300
(903) 553-0403 (fax)
spangler@spanglerlawpc.com

David M. Pridham
Law Office of David Pridham
25 Linden Road
Barrington, Rhode Island 02806
(401) 633-7247
(401) 633-7247 (fax)
david@pridhamiplaw.com

/s/ *Victoria F. Maroulis*
Victoria F. Maroulis
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
(650) 801-5000
(650) 801-5100
victoriamaroulis@quinnemanuel.com

John J. Edmonds
The Edmonds Law Firm, PC
709 Sabine Street
Houston, Texas 77007
(713) 858-3320
(832) 415-2535 (fax)
johnedmonds@edmondslegal.com

ATTORNEYS FOR PLAINTIFF SFA SYSTEMS, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the counsel of record who are deemed to have consented to electronic service are being served today with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

October 23, 2008                                        /s/ *John J. Edmonds*
                                                        John J. Edmonds