IN THEUNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

SFA SYSTEMS, LLC

v.                                                        6:08-CV-142-LED

NETSUITE, INC.,  et al.

## ORDER OF DISMISSAL WITH PREJUDICE

CAME ON THIS DAY for consideration of the Stipulated Motion for Dismissal With Prejudice of all claims and counterclaims asserted between plaintiff, SFA Systems, LLC, LLC, and Defendants, CDC Corporation and CDC Software, Inc., in this case, and the Court being of the opinion that said motion should be GRANTED, it is hereby

ORDERED, ADJUDGED AND DECREED that all claims and counterclaims asserted in this suit between plaintiff, SFA Systems, LLC, and Defendants, CDC Corporation and CDC Software, Inc., are hereby dismissed with prejudice, subject to the terms of that certain agreement entitled "SETTLEMENT AGREEMENT" and dated February 26, 2009.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**So ORDERED and SIGNED this 2nd day of March, 2009.**

**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**